1  Brian S. Healy, State Bar No. 112371
   TIERNEY, WATSON & HEALY
2  A Professional Law Corporation
   575 Market Street, Suite 3050
3  San Francisco, California  94105-2835
   Telephone:  (415) 974-1900
4
   Attorneys for Creditor
5  Telephone:  (415) 974-1900
   Facsimile: (415) 974-6433
6
   Attorneys for Creditor
7  Bank of the West

8

9

10                    UNITED STATES BANKRUPTCY COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                           SACRAMENTO DIVISION

13

14
   In Re:                              )    Case No: 2014-29361
15                                     )
   Schaefer, Walter,                   )    Chapter 13
16                                     )
            Debtor in Possession.      )    Date:   January 27, 2015
17                                     )    Time:   3:00 p.m.
                                       )    Place:  6th Fl., Courtroom 33
18                                          Judge:  Ronald H. Stargis

19

20

21     **NOTICE OF CREDITOR BANK OF THE WEST'S MOTION TO DISMISS OR
             CONVERT CHAPTER 13 CASE TO CHAPTER 7**
22

23
            PLEASE TAKE NOTICE that on January 27, 2015, at 3:00 p.m. or as soon
24
    thereafter as the matter may be heard, in Courtroom 33 of the above-entitled court, located
25
    at 505 I Street, 6th Floor, Sacramento, California,  Creditor Bank of the West will move the
26
    Court to issue an order dismissing or converting the above-captioned case to a case under
27
                                       Page 1
28  **NOTICE OF MOTION TO DISMISS OR CONVERT CASE TO A CHAPTER 7**

Chapter 7 pursuant to 11 U.S. C. §1307c.

    Said motion will be based upon this Notice of Hearing, the Memorandum of Points and Authorities and Declaration of Gail Wilson filed herewith, the papers, records and files in this action, and such oral and documentary evidence presented at the hearing of this motion.

DATED:   December 30, 2014

                          TIERNEY, WATSON & HEALY
                          A Professional Law Corporation

                        By    /s/
                          Brian S. Healy
                          Attorneys for Creditor
                          Bank of the West

**NOTICE OF MOTION TO DISMISS OR CONVERT CASE TO A CHAPTER 7**